

AUSA Kirsten Moran (312) 722-2291

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | Case No.: 25 CR 600 |
|---|---|
| v. | GABRIEL A. FUENTES<br>Magistrate Judge |
| EDGAR ORTIZ-VARELA | |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, GEORGE PETERS, appearing before United States Magistrate Judge GABRIEL A. FUENTES by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that EDGAR ORTIZ-VARELA has been charged by Indictment in the Eastern District of Missouri with the following criminal offense: distribution and possession with the intent to distribute 5 kilograms or more of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

*George Peters*
GEORGE PETERS
Senior Inspector
United States Marshals Service

SWORN TO AND AFFIRMED by telephone this 25th day of September, 2025.

GABRIEL A. FUENTES
United States Magistrate Judge



**FILED**

**SEP 10 2025**

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **SUPPRESSED** |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| LARRY BENTLEY, JR, ) | **4:25CR469-SEP/SRW** |
| LARRY BENTLEY III, ) | |
| EDGAR ORTIZ-VARELA, and ) | |
| LUIS AYALA, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Beginning on an unknown date, and continuing for a period of time, including December 2023 through April 2024, and continuing up to the date of this Indictment, with the exact dates unknown, within the Eastern District of Missouri, and elsewhere,

**LARRY BENTLEY, JR.,
LARRY BENTLEY III,
EDGAR ORTIZ-VARELA, and
LUIS AYALA,**

the defendants herein, did knowingly and intentionally conspire, combine, confederate and agree with other persons both known and unknown to this Grand Jury, to commit offenses against the United States, to wit: distribution and possession with the intent to distribute 5 kilograms or more of cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(l),

1

841(b)(1)(A), and 846.

Before Larry Bentley Jr. committed the offense charged in this count, he had a final conviction for a serious drug felony, namely, a conviction under 21 United States Code 841(a), for which he served more than 12 months imprisonment and his release from imprisonment was within 15 years of the instant offense.

## COUNT II

The Grand Jury further charges that:

On or about April 12, 2024, within the Eastern District of Missouri,

**LARRY BENTLEY, JR., and**
**LARRY BENTLEY III,**

the defendants herein, did knowingly and intentionally possess with the intent to distribute 5 kilograms or more of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(A).

Before Larry Bentley Jr. committed the offense charged in this count, he had a final conviction for a serious drug felony, namely, a conviction under 21 United States Code 841(a), for which he served more than 12 months imprisonment and his release from imprisonment was within 15 years of the instant offense.

## COUNT III

The Grand Jury further charges that:

On or about April 12, 2024, within the Eastern District of Missouri,

**LARRY BENTLEY, JR.,**

the defendant herein, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, which traveled in interstate commerce

during or prior to being in defendant's possession, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT IV

The Grand Jury further charges that:

On or about April 12, 2024, within the Eastern District of Missouri,

**LARRY BENTLEY, JR., and
LARRY BENTLEY III,**

the defendants herein, did knowingly possess a firearm, in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine, as charged in Count II, in violation of Title 18, United States Code, Section 924(c).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1) or 846, as set forth in Counts I and II, the defendant shall forfeit to the United States of America any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

2. Subject to forfeiture is a sum of money equal to the total value of any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violations set forth in Counts I and II.

3. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States

Code, Sections 922(g) or 924(c) as set forth in Counts III and IV, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used or intended to be used in said violation.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____
FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____
Dane A. Rennier, #67299 MO
Assistant United States Attorney

4

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

SUPPRESSED

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| | ) | |
| EDGAR ORTIZ-VARELA, | ) | 4:25CR469-SEP/SRW |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __EDGAR ORTIZ-VARELA__, who is accused of an offense or violation based on the following document filed with the court:

X Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

**Count I:** Conspire to distribute and possess with the intent to distribute 5 kilograms or more of cocaine, 21:841(a)(1),846

BOND

Date: September 11th 2025

City and state: St. Louis, Missouri

Nathan M. Graves, Clerk of the Court
*Printed name and title*

*Issuing officer's signature*

### Return

| This warrant was received on *(date)* _____, and the person was arrest on *(date)* _____ |
|---|
| at *(city and state)* _____. |
| Date: _____ |
| *Issuing officer's signature* |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant
**AUSA: DANE A. RENNIER**